UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Walter E. Myrick</u>

        v.            05-cv-450-JD

<u>State of New Hampshire</u>

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated April 27, 2006, for the reasons stated therein, no objection having been filed.

SO ORDERED.

May 18, 2006                      /s/Joseph A. DiClerico, Jr.
                                        Joseph A. DiClerico, Jr.
                                        United States District Judge

cc:    Walter E. Myrick, pro se
       Nancy Smith, Esq.